Eulogio Valentin TORRES–
ORELLANA, Petitioner–
Appellant,

v.

UNITED STATES of America; Bureau
of Prisons; Warden, Reeves County
Detention Center III; Geo Group; De-
partment of Homeland Security, Re-
spondents–Appellees.

No. 12–51052

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 7, 2013.

Eulogio Valentin Torres–Orellana, Pe-
cos, TX, pro se.

Gary Layton Anderson, Assistant U.S.
Attorney, U.S. Attorney's Office, San An-
tonio, TX, for Respondents–Appellees.

Before HIGGINBOTHAM, OWEN, and
SOUTHWICK, Circuit Judges.

PER CURIAM: *

Eulogio Valentin Torres–Orellana, fed-
eral prisoner # 55895–112, an alien
against whom the Bureau of Immigration
and Customs Enforcement has issued a
detainer subjecting him to immediate re-
moval from the United States upon re-
lease from Bureau of Prisons (BOP) custo-
dy, moves this court to proceed in forma
pauperis (IFP) to appeal the denial of his
28 U.S.C. § 2241 petition challenging the

BOP's exclusion of him from rehabilitation
programs and halfway houses. His argu-
ments are foreclosed by this court's deci-
sion in *Gallegos–Hernandez v. United
States,* 688 F.3d 190, 194–96 (5th Cir.),
*cert. denied,* —— U.S. ——, 133 S.Ct. 561,
184 L.Ed.2d 365 (2012).

Accordingly, Torres–Orellana's motion
to proceed IFP is DENIED, and his ap-
peal is DISMISSED as frivolous. *See* 5TH
CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.